This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**No. A-1-CA-40198**

**ANDRAS SZANTHO, as Personal
Representative for the Wrongful
Death Estate of MARTHA DELLINGER,**

Plaintiff-Appellee,

v.

**RENAISSANCE HEALTH CARE, LLC
d/b/a SPANISH TRAIL REHABILITATION
SUITES,**

Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF SANTA FE COUNTY
Kathleen A. McGarry, District Judge**

Reddick Moss, PLLC
Brent L. Moss
Robert W. Francis
Brian D. Reddick
Little Rock, AR

Lee L. Coleman
Albuquerque, NM

for Appellee

Verdi & Ogletree PLLC
Faith Kalman Reyes
Santa Fe, NM

for Appellant

### MEMORANDUM OPINION

**MEDINA, Judge.**

**{1}**     Defendant appeals the district court's order denying its motion to compel arbitration. We issued a notice of proposed summary disposition proposing to reverse and remand for further proceedings. Defendant filed a memorandum in support of our proposed summary disposition, which we have duly considered. Plaintiff did not file a memorandum in opposition to our proposed summary disposition and the time for doing so has now run.

**{2}**     For the reasons outlined in our notice of proposed disposition, and in the absence of opposition from either party, we conclude that Defendant has demonstrated error on appeal. Accordingly, we reverse and remand.

**{3}     IT IS SO ORDERED.**

**JACQUELINE R. MEDINA, Judge**

**WE CONCUR:**

**JENNIFER L. ATTREP, Judge**

**KRISTINA BOGARDUS, Judge**